# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| TRICIA MAYNARD,<br><br>          Plaintiff,<br><br>v.<br><br>SAVASENIORCARE ADMINISTRATIVE AND CONSULTING, LLC,<br><br>          Defendant. | CIVIL ACTION<br>NO. 1:21-cv-02016-CAP-LTW |

## JOINT NOTICE OF SETTLEMENT

Pursuant to the Court's Order dated July 20, 2021 [Doc. 09], Plaintiff Tricia Maynard and Defendant SavaSeniorCare Administrative and Consulting, LLC, hereby file this Joint Notice of Settlement to inform the Court that the parties have reached a settlement. The Parties are currently drafting the settlement agreement and intend to file a Stipulation of Dismissal once the agreement is finalized and executed. In the meantime, the parties respectfully request that all proceedings in this case continue to be stayed.

Respectfully submitted, this 14th day of September 2021.

| | |
|---|---|
| */s/ James M. McCabe*<br>James M. McCabe<br>GA Bar No. 724618<br>Graham White | */s/ Luke P. Donohue*<br>Luke P. Donohue<br>GA Bar No. 193361<br>luke.donohue@ogletree.com |

| | |
|---|---|
| The McCabe Law Firm, LLC<br>3355 Lenox Road, Suite 750<br>Atlanta, GA 30326<br>Telephone: 404.250.3233<br>Fax: 404.400.1724<br>jim@mccabe-lawfirm.com<br><br>*Attorney for Plaintiff* | C. Garner Sanford, Jr.<br>GA Bar No. 005020<br>garner.sanford@ogletree.com<br>Ogletree, Deakins, Nash,<br>  Smoak & Stewart, P.C.<br>One Ninety One Peachtree Tower<br>191 Peachtree St. NE, Suite 4800<br>Atlanta, GA  30303<br>Telephone:  404.881.1300<br>Fax:  404.870.1732<br><br>*Attorneys for Defendant* |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TRICIA MAYNARD,<br><br>    Plaintiff,<br><br>v.<br><br>SAVASENIORCARE ADMINISTRATIVE AND CONSULTING, LLC,<br><br>    Defendant. | CIVIL ACTION<br>NO. 1:21-cv-02016-CAP-LTW |

## CERTIFICATE OF SERVICE

I certify that on September 14, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

James M. McCabe
Graham White
The McCabe Law Firm, LLC
3355 Lenox Road, Suite 750
Atlanta, GA 30326
jim@mccabe-lawfirm.com

*/s/ Luke Donohue*
Luke P. Donohue
Georgia Bar No. 193361

3