# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| TRICIA MAYNARD, | |
| Plaintiff, | |
| v. | CIVIL ACTION |
| | NO. 1:21-cv-02016-CAP-LTW |
| SAVASENIORCARE ADMINISTRATIVE AND CONSULTING, LLC, | |
| Defendant. | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Tricia Maynard and Defendant SavaSeniorCare Administrative and Consulting, LLC (the "Parties"), hereby file this Joint Stipulation of Dismissal with Prejudice in the above-entitled action. The Parties stipulate to the dismissal of this action with prejudice, with each party to bear its own costs and fees.

Respectfully submitted, this 19th day of October 2021.

/s/ James M. McCabe
James M. McCabe
GA Bar No. 724618
Graham White
The McCabe Law Firm, LLC
3355 Lenox Road, Suite 750
Atlanta, GA 30326
Telephone: 404.250.3233

/s/ Luke P. Donohue
Luke P. Donohue
GA Bar No. 193361
luke.donohue@ogletree.com
C. Garner Sanford, Jr.
GA Bar No. 005020
garner.sanford@ogletree.com
Ogletree, Deakins, Nash,

Fax: 404.400.1724
jim@mccabe-lawfirm.com

*Attorney for Plaintiff*

    Smoak & Stewart, P.C.
One Ninety One Peachtree Tower
191 Peachtree St. NE, Suite 4800
Atlanta, GA  30303
Telephone:  404.881.1300
Fax:  404.870.1732

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

TRICIA MAYNARD,

          Plaintiff,

v.

SAVASENIORCARE
ADMINISTRATIVE AND
CONSULTING, LLC,

          Defendant.

CIVIL ACTION
NO. 1:21-cv-02016-CAP-LTW

## CERTIFICATE OF SERVICE

I certify that on October 19, 2021, I electronically filed the foregoing **Joint Stipulation of Dismissal with Prejudice** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

James M. McCabe
Graham White
The McCabe Law Firm, LLC
3355 Lenox Road, Suite 750
Atlanta, GA 30326
jim@mccabe-lawfirm.com

*/s/ Luke Donohue*
Luke P. Donohue
Georgia Bar No. 193361

3